GOTHAM FACTORS CO., Respondent, v. IFAN REALTY CORP., Appellant, et al., Defendant.— Concur — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See *ante,* p. 839.]

ROSE FISHER v. COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA.— Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ. [See 285 App. Div. 1138.]

In the Matter of 400 MADISON AVENUE CORPORATION, Appellant. ROBERT C. ROY, Respondent.— Concur — Peck, P. J., Cohn, Bastow and Botein, JJ. [See *ante,* p. 834.]

In the Matter of NARLIK ENTERPRISES, INC., Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— Concur — Peck, P. J., Cohn, Breitel and Rabin, JJ. [See *ante,* p. 841.]

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS PANARIELLO.— Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ. [See *ante,* p. 811.]

WILLIAM L. DU BOIS, JR., an Infant, by WILLIAM L. DU BOIS, His Guardian ad Litem, et al., Plaintiffs, v. NATIONAL ESTATES, INC., Appellant, and GEORGE KINNEY, Doing Business as ACE WATERPROOFING CO., Respondent, et al., Defendant.— Concur — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See *ante,* p. 809.]

WILLIAM L. DU BOIS, JR., an Infant, by WILLIAM L. DU BOIS, His Guardian ad Litem, et al., Respondents, v. NATIONAL ESTATES, INC., et al., Defendants, and GEORGE KINNEY, Doing Business as ACE WATERPROOFING CO., Appellant.— Concur — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See *ante,* p. 809.]

JOHN J. MCCLOSKEY, as Sheriff of the City of New York, Respondent, v. EPHRAIM BRIL, Doing Business as TRANS-AMERICA COMMODITY EXCHANGE, Defendant, and MAURICE LUTWACK, Appellant.— Concur — Peck, P. J., Cohn, Breitel and Botein, JJ. [See *ante,* p. 143.]